**KIRKMAN, Appellant, v. CARLSTADT CHEMICAL CO., Respondent.** (Supreme Court, Appellate Term. June, 1901.) Action

by Samuel J. Kirkman against the Carlstadt Chemical Company. E. S. Hull, Jr., for appellant. Holt & Duross, for respondent. No opinion. Judgment reversed, and new trial granted, with costs to abide the event.